# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ELAINE L. CHAO,** ) | |
| **Secretary of Labor,** ) | |
| **United States Department of Labor,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 2:02-cv-01174-VEH |
| ) | |
| **TYSON FOODS, INC.,** ) | **OPPOSED** |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1. Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff, Secretary of Labor Elaine L. Chao ("Secretary"), hereby moves for summary judgment against Defendant, Tyson Foods, Inc. ("Tyson"), on her claim that Tyson has violated the Fair Labor Standards Act (FLSA), 29 U.S.C. 201 *et seq.*, by failing to pay its hourly production workers at its poultry processing plant in Blountsville, Alabama for hours the employees worked in excess of forty per week. The Secretary's Complaint alleges that Tyson fails to pay its employees for time they spend putting on, taking off, and cleaning safety and sanitary equipment required by Tyson before, during, and after work shifts (the "donning and doffing" issue). The Complaint also alleges that Tyson fails to pay workers for a second 30-minute meal break during work shifts. Tyson has defended against these allegations by

arguing that the donning and doffing time is not "work" within the meaning of the FLSA, that donning and doffing are preliminary and postliminary activities excluded from compensable time by the Portal-to-Portal Act, and that, even if the activities do constitute work, they are de minimis.  Tyson further argues that the two breaks per shift are non-compensable and raises a good faith defense under Section 259 of the Portal Act.

    2.  Plaintiff seeks an Order granting her Motion for Partial Summary Judgment, finding that: (1) Tyson violated the FLSA by failing to pay its employees for time spent donning and doffing required sanitary and protective gear on Tyson's premises, which must be included as "hours worked" under the FLSA; (2) such donning and doffing is not excluded from compensable time by the Portal-to-Portal Act because it is integral and indispensable to a principal activity and therefore is itself a principal activity that commences the continuous workday; (3) Tyson cannot escape liability for paying for this time on the basis of a "de minimis" defense; (4) one of the two breaks is compensable because it is primarily for the benefit of Tyson and the employees cannot use the time effectively for their own purposes; and (5) Tyson is not entitled to the good faith defense because its practices were neither taken in good faith nor in conformity with an administrative

practice or enforcement policy of the Administrator of the Wage and Hour Division.[1]

|  |  |
|---|---|
|  | Respectfully submitted, |
| ADDRESS: | JONATHAN L. SNARE<br>Acting Solicitor of Labor |
| Office of the Solicitor<br>U. S. Department of Labor<br>61 Forsyth Street, S.W.<br>Room 7T10<br>Atlanta, GA  30303 | STANLEY E. KEEN<br>Regional Solicitor<br><br>ROBERT L. WALTER<br>Counsel |
| Telephone:<br> (404) 302-5435<br> (404) 302-5438 (FAX)<br>E-mail:<br> ATL.FEDCOURT@dol.gov | MICHAEL K. HAGAN<br>Attorney<br><br>By:  /s/ John A. Black<br>     JOHN A. BLACK<br>     Attorney |
|  | Office of the Solicitor<br>U. S. Department of Labor<br>Attorneys for Plaintiff. |
| SOL Case No. 01-10415 |  |

---

[1] This Motion does not seek summary judgment on the amount of damages due to employees at the Blountsville plant, or on the Secretary's request for injunctive relief compelling Tyson to implement a company-wide policy of paying workers for donning and doffing time and for the second meal break.  *See* Complaint at 5.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2007, I electronically filed the foregoing **Plaintiff's Motion for Partial Summary Judgment, Brief and Evidentiary Submission in Support**, using the CM/ECF system, which will send electronic notification of such filing to the following:

John A Black (black.john@dol.gov)

Joel M Cohn (jcohn@akingump.com)

Michael Kirby Hagan (ATL.FEDCOURT@dol.gov)

Tony G Miller (tmiller@maynardcooper.com)

Michael J Mueller (tysonecfnotice@akingump.com)

David M Smith (dsmith@maynardcooper.com)

Robert Walter (ATL.FEDCOURT@dol.gov)

/s/ John A. Black
JOHN A. BLACK
Attorney

SOL Case No. 01-10415