UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:02-cv-01174-VEH ) |
| TYSON FOODS, INC., | ) ) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff moves for an Order permitting her to file a corrected version of her Proposed Findings of Fact and Conclusions of Law in Support of Her Motion for Partial Summary Judgment ("Brief") to correct some references to exhibit numbers and to delete Fact 61 and one sentence of the brief that relies on that fact.

Plaintiff's proposed corrected Brief (which is being filed herewith) merely corrects clerical errors in Exhibit numbering in the original Brief and also deletes Fact 61 and the one sentence in the original Brief that is based on Fact 61.  Plaintiff also is filing herewith an Errata Sheet, which lists the specific changes that are made in the proposed corrected Brief.  Finally, a proposed Order is being submitted for the Court's consideration.

|  |  |
|---|---|
|  | Respectfully submitted, |
| <u>ADDRESS</u>: | JONATHAN L. SNARE<br>Acting Solicitor of Labor |
| Office of the Solicitor<br>U. S. Department of Labor<br>61 Forsyth Street, S.W.<br>Room 7T10<br>Atlanta, GA  30303 | STANLEY E. KEEN<br>Regional Solicitor<br><br>ROBERT L. WALTER<br>Counsel |
| Telephone: (404) 302-5435<br> (404) 302-5438 (FAX)<br>E-mail:<br>ATL.FEDCOURT@dol.gov | MICHAEL K. HAGAN<br>Attorney<br><br>By:  <u>/s/ John A. Black</u><br>       JOHN A. BLACK<br> Attorney<br>Office of the Solicitor<br>U. S. Department of Labor<br>Attorneys for Plaintiff. |
| SOL Case No. 01-10415 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2007, I electronically filed **Plaintiff's [Unopposed] Motion for Leave to File Corrected Brief in Support of Motion for Partial Summary Judgment**, **Errata Sheet**, **Plaintiff's proposed Corrected Brief**, and **proposed Order** with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

>John A Black (black.john@dol.gov)
>
>Michael Kirby Hagan (ATL.FEDCOURT@dol.gov)
>
>Tony G Miller (tmiller@maynardcooper.com)
>
>Michael J Mueller (mmueller@akingump.com)
>
>David M Smith (dsmith@maynardcooper.com)

>/s/ John A. Black
>JOHN A. BLACK
>Attorney

SOL Case No. 01-10415