IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>                Plaintiff,<br><br>                v.<br><br>TYSON FOODS, INC.,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 2:02-CV-01174-VEH<br>)<br>)  OPPOSED<br>)<br>) |

PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT
AS A MATTER OF LAW

Plaintiff, the Secretary of Labor moves, Pursuant to Federal Rule of Civil Procedure 50(a), for judgment as a matter of law that (1) the donning of smocks and hairnets at the beginning of the workday, and the doffing of smocks and hairnets at the end of the workday, are principal activities; and (2) that back wages are due for all unpaid time at the beginning of the workday from the start of these donning activities until the start of paid time, and at the end of the workday from the end of paid time to the completion of these doffing activities.

WHEREFORE, for the reasons stated in Plaintiff's Memorandum in Support of Plaintiff's Motion for Partial Judgment as a Matter of Law, Plaintiff moves that the Court grant this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| <u>ADDRESS</u>: | CAROL A. DE DEO<br>Deputy Solicitor for National Operations |
| Office of the Solicitor<br>U. S. Department of Labor<br>61 Forsyth Street, S.W.<br>Room 7T10<br>Atlanta, GA  30303 | STANLEY E. KEEN<br>Regional Solicitor<br><br>ROBERT L. WALTER<br>Counsel |
| Telephone:<br>(404) 302-5450<br>(404) 302-5438 (FAX) | CHRISTOPHER D. HELMS<br>Attorney<br><br>JOANNA HULL |
| E-mail:<br>ATL.FEDCOURT@dol.gov<br>black.john@dol.gov | Attorney<br><br>NICKOLE C. WINNETT<br>Attorney |
|  | By:  /s/ John A. Black<br>       JOHN A. BLACK |
|  | Office of the Solicitor<br>U. S. Department of Labor |
| SOL Case No. 01-10415 | Attorneys for Plaintiff. |

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2009, I electronically filed the foregoing **Plaintiff's Motion for Partial Judgment as a Matter of Law, Memorandum in Support, and Proposed Order** with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

>Janell M. Ahnert (jahnert@maynardcooper.com)
>John A. Black (black.john@dol.gov)
>Joel M. Cohn (jcohn@akingump.com)
>Jeremy K. Fischer (ATL.FEDCOURT@dol.gov)
>Joanna Hull (hull.joanna@dol.gov)
>Jonathan D. Kronheim (kronheim.jonathan@dol.gov)
>Stephanie H. Mays (smays@maynardcooper.com)
>Tony G. Miller (tmiller@maynardcooper.com)
>David M. Smith (dsmith@maynardcooper.com)
>Sarah J. Starrett (starrett.sarah@dol.gov)
>Robert Walter (walter.robert@dol.gov)
>Nickole C. Winnett (winnett.nickole@dol.gov)

>/s/ John A. Black
>JOHN A. BLACK
>Attorney

SOL Case No. 01-10415