IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ELAINE L. CHAO, )
Secretary of Labor, )
United States Department of Labor, )
)
Plaintiff, )
)
v. ) Case No. 2:02-CV-01174-VEH
)
TYSON FOODS, INC., )
)
Defendant. )

## JURY VERDICT

1. Did Tyson Foods, Inc.'s employees perform any compensable work activity for which they were not compensated?

    YES_____    NO_____

    If you answered "no," go to question number 4.

2. If you answered "yes" to question number 1, was this uncompensated compensable work time *de minimis*?

    YES_____    NO_____

    If you answered "yes," go to question number 4.

3. If you answered "no" to question number 2, what amount of overtime pay does Tyson Foods, Inc. owe to the workers?

    $_____

4. Did Tyson Foods, Inc. fail to keep adequate and accurate records of all hours worked?

    YES_____    NO_____

**SO SAY WE ALL.**

_____
Signature of Foreperson

_____
DATE