IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, ) | |
| Secretary of Labor, ) | |
| United States Department of Labor, ) | |
| ) | |
| Plaintiff, ) | 2:02-CV-01174-VEH |
| ) | |
| v. ) | |
| ) | |
| TYSON FOODS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S PROPOSED JURY VERDICT FORM

1.   Has the U.S. Department of Labor established by a preponderance of representative evidence that, in all production areas, Tyson Foods' Blountsville hourly production workers' pre- and post-shift donning, doffing, washing, and walking activities are "work?"

_____Yes       _____No

If you answered "no" to question 1, then you have reached a verdict for Tyson Foods on pre- and post-shift activities..

2.   If you answered "yes" to question 1, has the U.S. Department of Labor established by a preponderance of representative evidence that, in all production areas, Tyson Foods' Blountsville hourly production workers' pre- and post-shift

1

donning, doffing, washing, and walking activities are integral and indispensable to the principal activity for which the workers are employed?

_____Yes      _____No

3. Has the U.S. Department of Labor established by a preponderance of representative evidence that, in all production areas, Tyson Foods' Blountsville hourly production workers doffing, donning, washing, and walking activities before and after meal periods is "work?"

_____Yes      _____No

If you answered "no" to question 3, then you have reached a verdict for Tyson Foods on meal period activities.

4. If you answered "yes" to question 2, has the U.S. Department of Labor established by a preponderance of representative evidence the amount of unpaid hours worked pre- and post-shift for the workers on whose behalf she is seeking relief?

_____Yes      _____No

5. If you answered "yes" to question 4, what is the dollar amount of wages owed by Tyson Foods to the hourly production workers from the Blountsville plant for pre- and post-shift activities?

_____

6. If you answered "yes" to question 3, has the U.S. Department of Labor established by a preponderance of representative evidence the amount of unpaid hours worked before and after meal periods for the workers on whose behalf she is

seeking relief?

7.  If you answered "yes" to question 6, what is the dollar amount of wages owed by Tyson Foods to the hourly production workers from the Blountsville plant for before and after meal period activities?

_____

8.  Did Tyson Foods, Inc. fail to keep adequate and accurate records of all hours worked by the hourly production workers at the Blountsville plant?

_____Yes      _____No

SO SAY WE ALL.

Signature of Foreperson: _____

Date:            _____

3