IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HILDA L. SOLIS,** ) | |
| Secretary of Labor, ) | |
| United States Department of Labor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:  2:02-CV-1174-VEH |
| ) | |
| **TYSON FOODS, INC.,** ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING IN PART
AND OTHERWISE DENYING MOTION FOR RECONSIDERATION
OF JURY INSTRUCTIONS

Before the court is Tyson Foods' Motion for Reconsideration of Jury Instructions (doc. 500) and Memorandum in Support (doc. 500-2).  The court has fully considered the arguments and authority cited by Tyson Foods.

Insofar as Tyson Foods corrects the court's grammar, the Motion is **GRANTED**.  As corrected, the instruction will read:

> If you find that any of the activities at issue in this case is required by federal laws or regulations, then you must find that the legally-required activity is also necessary for the employees to perform their principal activities, and that the second factor I told you to consider has been established as to the legally-required activity.

In all other respects, the Motion is **DENIED**.

**DONE** and **ORDERED** this the 13th day of October, 2009.

                                              **VIRGINIA EMERSON HOPKINS**
                                              United States District Judge