IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HILDA L. SOLIS,** ) | |
| **Secretary of Labor,** ) | |
| **United States Department of Labor,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.:  2:02-CV-1174-VEH |
| ) | |
| **TYSON FOODS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER GRANTING IN PART
## AND OTHERWISE DENYING MOTION TO MODIFY
## <u>VERDICT FORM</u>

Before the court is Tyson Foods' Revised Motion to Modify Verdict Form. (Doc. 495).  The Secretary has opposed the Motion in part.  (Doc. 499).  The court has fully considered the arguments of Tyson Foods and the Secretary.

Insofar as Tyson Foods states that the question on the *Chao* verdict form regarding Tyson Foods' no-longer-asserted *de minimis* defense should be removed, the Secretary concurs, as does the court.  Therefore, Tyson Foods' Motion is **GRANTED** to that extent and the question will be removed.

In all other respects, the Motion is **DENIED**.

**DONE** and **ORDERED** this the 13th day of October, 2009.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge