Questions for the Judge:

① Is a certain or specific level, degree or extent of uncompensated activities necessary in order to answer "yes" to Q #1 on the verdict form?

② Is a certain or specific level, degree or extent of inaccuracy in Tyson's records necessary in order to answer "yes" to Q #3 on the verdict form?

FILED
OCT 28 2009
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA