**FILED**

OCT 28 2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

We are unable to reach a unanimous decision!

1:04 pm
Wed., Oct. 28