## INSTRUCTIONS DURING DELIBERATIONS

Members of the Jury:

Your foreperson has indicated that you are presently unable to reach a unanimous verdict in this case.

I am going to ask that you continue your deliberations in an effort to agree upon a verdict and dispose of this case; and I have a few additional comments I would like for you to consider as you do so.

The trial has involved time and effort to both the plaintiff and the defendant. If you should fail to agree on a verdict, the case is left open and must be tried again. There is no reason to believe that the case can be tried again by either side better or more exhaustively than it has been tried before you.

Any future jury must be selected in the same manner and from the same source as you were chosen, and there is no reason to believe that the case could ever be submitted to twelve men and women more conscientious, more impartial, or more competent to decide it, or that more or clearer evidence could be produced.

If a substantial majority of your number are for one or more verdicts, each dissenting juror ought to consider whether his or her position is a reasonable one since it appears to make no effective impression upon the minds of the others and should further consider, most thoughtfully, whether he or she has a reason to take

a position which is not shared by several of his or her fellow jurors, and whether he or she should distrust the weight and sufficiency of evidence which fails to convince several fellow jurors by a preponderance of the evidence.

Remember at all times that no juror is expected to yield a conscientious conviction he or she may have as to the weight or effect of the evidence. But remember also that, after full deliberation and consideration of the evidence in the case, it is your duty to agree upon a verdict if you can do so without surrendering your conscientious conviction.

You may be as leisurely in your deliberations as the occasion may require and should take all the time which you may feel is necessary.

I will ask now that you retire once again and continue your deliberations with these additional comments in mind to be applied, of course, in conjunction with all of the instructions I have previously given to you.

Thank you for your service.

**GIVEN** this the 2nd day of November, 2009.

／s／ Hopkins
**VIRGINIA EMERSON HOPKINS**
United States District Judge