FILED
2009 Dec-18 PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>      Plaintiff,<br><br>v.<br><br>TYSON FOODS, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:02-CV-01174-VEH<br>)<br>) **OPPOSED**<br>)<br>)<br>) |

### PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF THE *DE MINIMIS* DEFENSE DURING THE INJUNCTIVE PHASE OF THE TRIAL

Plaintiff, Secretary of Labor, U.S. Department of Labor ("Plaintiff"), respectfully submits this Motion *in Limine* seeking an Order from this Court that bars witness testimony and documentary evidence relating to Defendant's *de minimis* defense during the injunctive phase of the trial.

Plaintiff submits this Motion *in Limine* with an accompanying Memorandum in Support. As outlined in the accompanying Memorandum, Defendant waived its *de minimis* defense when it failed to present its defense during the jury phase of the case.

WHEREFORE, Plaintiff respectfully requests that this Court grant her Motion *in Limine* and prohibit Defendant from presenting witness testimony and

documentary evidence on its *de minimis* defense during the injunctive phase of this case.

                    Respectfully submitted,

ADDRESS:                    DEBORAH GREENFIELD  
                              Acting Deputy Solicitor

Office of the Solicitor         STANLEY E. KEEN  
U.S. Department of Labor      Regional Solicitor  
61 Forsyth Street, S.W.  
Room 7T10                     ROBERT L. WALTER  
Atlanta, GA  30303            Counsel

TELEPHONE:             CHRISTOPHER D. HELMS  
(404) 302-5450               Attorney  
(404) 302-5438 (FAX)  
                              JOANNA HULL  
                              Attorney

E-MAIL:  
ATL.FEDCOURT@dol.gov    NICKOLE C. WINNETT  
black.john@dol.gov            Attorney

                              By: /s/ John A. Black  
                                    JOHN A. BLACK  
                                    Attorney

                              Office of the Solicitor  
                              U.S. Department of Labor  
                              Attorneys for Plaintiff

SOL Case No.  01-10415

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2009, I electronically filed the foregoing Plaintiff's Motion *in Limine* to Exclude Evidence of the *De Minimis* Defense During the Injunctive Phase of the Trial along with a Memorandum in Support of Plaintiff's Motion and Proposed Order with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following:

    Janell M. Ahnert (jahnert@maynardcooper.com)

    John A. Black (black.john@dol.gov)

    Joel M. Cohn (jcohn@akingump.com)

    Jeremy K. Fisher (fisher.jeremy@dol.gov)

    Joanna Hull (hull.joanna@dol.gov)

    Nickole Winnett (winnett.nickole@dol.gov)

    Stephanie H. Mays (smays@maynardcooper.com)

    Tony G. Miller (tmiller@maynardcooper.com)

    David M. Smith (dsmith@maynardcooper.com)

    Sarah J. Starrett (starrett.sarah@dol.gov)

    Robert L. Walter (ATL.FEDCOURT@dol.gov)

                        /s/ John A. Black
                         JOHN A. BLACK
                         Attorney
                         SOL Case No. 01-10415